**Electronically Filed
Supreme Court
SCWC-24-0000459
01-JUN-2026
11:02 AM
Dkt. 27 ODAC**

SCWC-24-0000459

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ANNETTE BLOCH,
Respondent/Plaintiff-Appellee,

vs.

DAVID MICHAEL BLOCH,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000459; CASE NO. 3FDV-22-0000791)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Char, assigned by reason of vacancy)

Petitioner/Defendant-Appellant David Michael Bloch's application for writ of certiorari filed on April 7, 2026, deemed timely filed as of April 27, 2026, is rejected.

It is further ordered that the motion filed on May 18, 2026 is dismissed as moot.

DATED:  Honolulu, Hawaiʻi, June 1, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Stephanie R.S. Char

